**U.S. Department of Justice**



United States Attorney
Eastern District of New York

WES
F.#2000R

271 Cadman Plaza East

Brooklyn, New York 11201

December 14, 2009

**BY ECF**

The Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  United States v. Jason Dent
             Cv. No. 09-1938 (DGT)

Dear Judge Trager:

    The government respectfully submits this letter to request an extension of time until January 19, 2010 in which to file a response to petitioner Dent's various motions. After trial conviction, the defendant has appealed to the Second Circuit; has filed various motions awaiting decision by this Court; has filed numerous additional motions, some of which are substantially identical to his previous motions; has appealed to the Second Circuit the denial by this Court of some of his motions; and has filed additional motions. Therefore, the government requests the additional time to determine which motions are outstanding and require a response.

                              Respectfully submitted,

                              BENTON J. CAMPBELL
                              United States Attorney

            By: _____
                William E. Schaeffer
                Assistant U.S. Attorney
                (718) 254-6059

cc:  Jason Dent, Defendant Pro Se
     U.S.P. Big Sandy
     P.O. Box 2068
     Inez, KY 41224 (by mail)

**APPLICATION GRANTED.
SO ORDERED.**

s/ DGT
_____
David G. Trager
United States District Judge